

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2018

No. 04-16-00780-CR

Faustino **VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5917
Honorable Raymond Angelini, Judge Presiding

**ORDER ON APPELLANT'S MOTION FOR EN BANC RECONSIDERATION**

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice,
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellant's motion for en banc reconsideration is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court